UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>          Petitioner,<br><br>   v.<br><br>W.L. MUNIZ, Warden,<br><br>          Respondent. | Case No. 1:16-cv-01433-DAD-MJS (HC)<br><br>**ORDER REQUIRING RESPONDENT TO LODGE OR ELECTRONICALLY FILE STATE COURT RECORD**<br><br>**THIRTY (30) DAY DEADLINE** |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. He initiated this action on September 27, 2016. (ECF No. 1.) On September 29, 2016, Respondent was directed to respond. (ECF No. 4.) On December 27, 2016, Respondent filed an answer, stating his intent to lodge state court documents in support of the answer. (ECF No. 11.) More than a year has passed without the documents having been lodged.

Accordingly, Respondent is HEREBY ORDERED to either lodge or electronically file the documents identified in his answer within thirty days of the date of service of this

order. Copies of all transcripts and documents shall be filed electronically, unless not possible. See Local Rule 190(f).

IT IS SO ORDERED.

Dated: January 3, 2018        /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE